**PEDRO OGO CAMACHO, Appellant**

v.

**In the Matter of the Estate of MAGDALENA F. PANGELINAN, deceased, Appellee**

Civil No. 61-A

District Court of Guam

Appellate Division

July 28, 1970

Before GOODWIN, *District Judge,* and ABBATE, *Judge,* Island Court of Guam

PER CURIAM

The decision of the lower court is affirmed.

There is adequate support in the record for the Court's conclusion that the petitioner's claim was barred by the statute of limitations.

In prosecuting this stale claim, the petitioner has demonstrated the reason for the application of the statute of limitations. The record in the lower court is filled with

contentions that are so remote as to time that it is difficult to find them credible. Affirmed.